## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
## SAVANNAH DIVISION

| | |
|---|---|
| **SCOTT FRAIZE,** | **CIVIL ACTION FILE NO.** |
| **Plaintiff,** | |
| | _____ |
| **v.** | |
| **CORETRANS, LLC, ARCH INSURANCE COMPANY and JAMES OVERTON,** | **REMOVED FROM SUPERIOR COURT OF CHATHAM COUNTY CIVIL ACTION FILE NO. SPCV19-01145-AB** |
| **Defendants.** | |

## <u>DEFENDANTS' NOTICE OF REMOVAL TO UNITED STATES DISTRICT COURT</u>

TO: The Honorable Judges of the United States District Court for the Southern District of Georgia, Savannah Division:

COME NOW, **CORETRANS, LLC and JAMES OVERTON**, (hereinafter "Defendants"), and file the following Notice of Removal to United States District Court, showing the Court as follows:

1.    A civil action was filed on December 9, 2019, and is now pending in the Superior Court of Chatham County, State of Georgia, with the parties named and aligned as stated in the caption of this document. That action is designated there as

Civil Action File No.: SPCV19-01145-AB. A true and correct copy of the Complaint is attached as Exhibit "A".

2.   Defendants Coretrans, LLC and James Overton were served via the Office of the Secretary of State on December 9, 2019, which is the first time Defendants had notice of this suit.  This notice of removal is timely filed.

3.   Defendants file herewith a copy of all process, pleadings, and orders received by all Defendants in Civil Action File No.: SPCV19-01145-AB, pursuant to 28 USC §1446.

4.   Defendant James Overton was at the commencement of Civil Action File No.: SPCV19-01145-AB, and at all times since has been a citizen and resident of the State of Tennessee. (Compl. ¶4).

5.   Defendant Coretrans, LLC is now, was at the commencement of Civil Action File No.: SPCV19-01145-AB, and at all times since has been an entity organized and existing under the laws of the State of Kentucky.

6.   Defendant Coretrans, LLC's Principal Office at the time of filing of Civil Action File No.: SPCV19-01145-AB, was, and at all times since has been, P.O. Box 3210, West Somerset, Kentucky 42564.

7.    Defendant Arch Insurance Company is now, was at the commencement of Civil Action File No.: SPCV19-01145-AB, and at all times since has been an entity organized and existing under the laws of the State of Missouri.

8.    Defendant Arch Insurance Company's Principal Office at the time of filing of Civil Action File No.: SPCV19-01145-AB, was, and at all times since has been, Harborside 3, 210 Hudson Street, Suite 300, Jersey City, New Jersey 07311.

9.    Upon information and belief, Plaintiff is an individual residing in the State of Florida.

10.    The action described above is a civil action with a claim of which this Court has original jurisdiction, and it is one that may be removed to this Court by the Defendants pursuant to the provisions of 28 USC §§ 1332 and 1441 et seq., in that there is complete diversity among the Parties, the Parties are not residents of the same State, and the amount in controversy exceeds $75,000 exclusive of interest and costs.

a. Plaintiff indicated through his counsel prior to this filing that he has already undergone a multi-level surgical procedure in his neck and will be undergoing a further knee surgical procedure in the future as a result of the incident that forms his Complaint. In addition to these surgical medical expenses, Plaintiff has also alleged in his Complaint past, present and future lost wages, as well as general damages.

11.    Defendants attach hereto a copy of the Summons and Complaint in the Superior Court of Chatham County, State of Georgia, marked as Exhibit "A".

12.    Defendants attach hereto a copy of Defendants' Notice of Removal which has been sent for filing in the Superior Court of Chatham County, State of Georgia, marked as Exhibit "B".

WHEREFORE, all Defendants are in agreement and Defendants pray that the above action now pending against them in the Superior Court of Chatham County, State of Georgia, be removed to this Court.

This 8th day of January, 2020.

                                        HALL BOOTH SMITH, P.C.


                                        /s/ Brenden P. Dougherty
                                        SCOTT H. MOULTON
                                        Georgia Bar No. 974237
                                        BRENDEN P. DOUGHERTY
                                        Georgia Bar No. 959508
                                        Counsel for Defendants

191 Peachtree Street, N.E.
Suite 2900
Atlanta, Georgia 30303-1775
(404) 954-5000
(404) 954-5020 Fax
**DEFENDANT DEMANDS
TRIAL BY JURY**

# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
### SAVANNAH DIVISION

| | |
|---|---|
| **SCOTT FRAIZE,** | **CIVIL ACTION FILE NO.** |
| **Plaintiff,** | |
| | _____ |
| **v.** | |
| **CORETRANS, LLC, ARCH INSURANCE COMPANY and JAMES OVERTON,** | |
| **Defendants.** | |

## CERTIFICATE OF SERVICE

I hereby certify that on this day I have served a copy of the within and foregoing **DEFENDANTS' NOTICE OF REMOVAL TO UNITED STATES DISTRICT COURT** upon all parties to this matter by depositing a true copy of same in the U.S. Mail, proper postage prepaid, addressed to counsel of record as follows and/or filing said document with the CM/ECF system which will automatically send electronic notification to the following:

Bradley S. Robinson
Farah & Farah, P.A.
11102 Abercorn Street, Unit A
Savannah, GA 31419

This 8th day of January, 2020.

[SIGNATURE PAGE FOLLOWS]

68206614-1
8055-0165

**HALL BOOTH SMITH, P.C.**

*/s/ Brenden P. Dougherty*
SCOTT H. MOULTON
Georgia Bar No. 974237
BRENDEN P. DOUGHERTY
Georgia Bar No. 959508
*Counsel for Defendants*

191 Peachtree Street, N.E.
Suite 2900
Atlanta, Georgia 30303-1775
(404) 954-5000
(404) 954-5020 Fax
**DEFENDANT DEMANDS
TRIAL BY JURY**

68206614-1