IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| SCOTT FRAIZE,<br><br>    Plaintiff,<br><br>    v.<br><br>CORETRANS, LLC; ARCH INSURANCE COMPANY; and JAMES OVERTON,<br><br>    Defendants. | CIVIL ACTION NO.: 4:20-cv-9 |

# **O R D E R**

Before the Court is the Stipulation of Dismissal With Prejudice filed jointly by Plaintiff and Defendants on September 22, 2020, wherein the parties, whose attorneys have signed the document, stipulate to the dismissal of this case with prejudice. (Doc. 17.) Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Court **DISMISSES** this action with prejudice. The Clerk is hereby authorized and directed to **CLOSE** this case.

**SO ORDERED**, this 7th day of October, 2020.

R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA